IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAURA LEE DAVILA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 5:22-cv-01118-XR |
| WELLS FARGO BANK, NA, | | |
| Defendant. | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Laura Lee Davila ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their undersigned counsel, hereby stipulate and agree that all claims and causes of action asserted, or could have been asserted, by Plaintiff against Wells Fargo are hereby dismissed with prejudice.

Respectfully submitted,

*/s/ Helen O. Turner*
**B. David L. Foster – Attorney-in-Charge**
State Bar No. 24031555
dfoster@lockelord.com
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

**Robert T. Mowrey**
State Bar No. 14607500
rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**Helen O. Turner**
Texas Bar No. 24094229
helen.turner@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1280
Facsimile: (713) 229-2501

**COUNSEL FOR DEFENDANT**

-AND-

*/s/ Barry L. Efron*
**Barry L. Efron**
State Bar No. 00793003
EFRON & EFRON, INC.
10010 San Pedro Avenue, Suite 660
San Antonio, Texas 78216
Telephone: (210) 336-9676
Facsimile: (210) 634-2615

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following counsel of record *via ECF and/or email* pursuant to the Federal Rules of Civil Procedure on this 2nd day of December, 2022:

Barry L. Efron
State Bar No. 00793003
EFRON & EFRON, INC.
10010 San Pedro Avenue, Suite 660
San Antonio, Texas 78216
Telephone: (210) 336-9676
Facsimile: (210) 634-2615

*Counsel for Plaintiff*

                                            */s/ Helen O. Turner*
                                            Counsel for Defendant